UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

_____
                                          )
SCOTT MICHAEL SHAFFER,        )
                                          )
    Plaintiff,                          )
                                          )
v.                                             )    Civil Action No. 12-cv-00968
                                         )
HSBC BANK NEVADA, NA d/b/a    )
HSBC CARD SERVICES, INC.,      )
and THE EASTPOINT RECOVERY  )
GROUP, INC.,                      )
                                         )
    Defendants.                    )
_____)

## CERTIFICATE OF SERVICE

I, Sean R. Higgins, Esq., counsel for Defendant HSBC Bank Nevada, N.A., hereby certifies that on April 10, 2012, I filed "*Defendant's Motion to Compel Arbitration and to Dismiss or Stay Case*" through the ECF system and copies were sent to the parties indicated below:

|  **VIA ECF ONLY** | **VIA EMAIL** |
|---|---|
| J. Brandon Shumaker, Esq. | Steven W. Wells, Esq. |
| Brewster, Morehous, Cameron, Caruth, | The Guaranty Building |
| Moore, Kersey & Stafford, PLLC | 140 Pearl Street, Suite 100 |
| 418 Bland Street | Buffalo, NY 14202 |
| P.O. Box 529 | |
| Bluefield, WV 24701 | |

/s/ Sean R. Higgins

April 11, 2012